IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02341-OES**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2005

GREGORY C. LANGHAM
CLERK

C. ELIJAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

BOP, OFFICE OF INFORMATION AND PRIVACY,
DEPARTMENT OF JUSTICE,
UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISON,
G.H. LAPPIN, BOP, DIRECTOR,
ADX OFFICE OF SIA/SIS,
ADX OFFICE OF HEALTH SERVICES,
ADX OFFICE OF FOOD SERVICES,
ADX MAIL ROOM INMATE,
SYSTEMS MANAGER OFFICERS,
ADX UNIT TEAM (MADISON, SUDLOW, COLLINS),
ADX S.O.S. J. CASTILLO,
ADX S.O.L. RODGERS,
ADS S.O.S. D. FOSTER,
ADS S.O.C. F. BELL,
ADX ADMINISTRATIVE REMEDY COORDINATOR W. MONTGOMERY,
BOP NCRO REGIONAL DIRECTOR M.K. WALLEY,
BOP CENTRAL OFFICE NATIONAL INMATE APPEALS ADMINISTRATOR H.
    WATTS, and
ADX PROPERTY LIEUTENANT J.D. WATTERS, all being sued in their official and
    individual capacities,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, a Plaintiff's Motion for Preliminary Injunction Protective Order, a Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction Protective Order, a Plaintiff's Motion for Preliminary Injunction Protective Order, a Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction Protective Order, a Memorandum of Law in Support of Motion for a Preliminary Injunction and Protective Order, a Declaration in Support of Plaintiff's Motion for a Preliminary Injunction and Protective Order, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing required financial information
(5) \_\_ is missing an original signature by the prisoner
(6) \_\_ is not on proper form (must use the court's current form)
(7) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

### Complaint, Petition or Application:
(10) \_\_ is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the prisoner
(13) X is missing page nos. 5-8
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an

original has been received.

(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18_ day of _November_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
USP-MAX
P.O. Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** the above-named individuals on __11-18-05__

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk